

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

February 28, 1939

Hon. A.L. Lowery
County Attorney
Nacogdoches County
Nacogdoches, Texas

Dear Sir:

Opinion No. O-08
Re: May the Commissioners' Court
set the salaries of the district
and county officers enumerated
in Article 3883 in a less amount
than earned by such officers in
the year of 1935 under the Offi-
cer's Salary Law?

Your request for an opinion on the above
stated question has been received by this office.

We are informed by your letter and by the Comp-
troller's Department that Nacogdoches County has a popu-
lation of 31,000 inhabitants as shown by the last Federal
census.

Article 3883 reads in part as follows:

"Except as otherwise provided in this
Act, the annual fees that may be retained
by precinct, county and district officers
mentioned in this Article shall be as fol-
lows:

"In counties containing as many as
twenty-five thousand and one(25,001) and
not more than thirty-seven thousand, five
hundred (37,500) inhabitants, and in which
there is no city containing twenty-five
thousand (25,000) inhabitants:  County Judge,
District or Criminal District Attorney,
Sheriff, County Clerk, County Attorney, Dis-
trict Clerk, Tax Collector, Tax Assessor, or
the Assessor and Collector of Taxes, Twenty-

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

seven Hundred and Fifty Dollars ($2750) each; Justice of the Peace and Constable, Fifteen Hundred Dollars ($1500) each; provided, however, that in all counties containing a population of not less than twenty-nine thousand, five hundred (29,500), nor more than thirty thousand (30,000), according to the last preceding Federal Census, the Justice of the Peace shall be allowed to retain out of the fees collected by such officer the sum of Twenty-four Hundred Dollars ($2400) per annum.

"In counties containing as many as twenty-five thousand and one (25,001) and not more than thirty-seven thousand, five hundred (37,500) inhabitants, and in which there is no city containing twenty-five thousand (25,000) inhabitants: County Judge, District or Criminal District Attorney, Sheriff, County Clerk, County Attorney, District Clerk, Tax Collector, Tax Assessor, or the Assessor and Collector of Taxes, Twenty-seven Hundred and Fifty Dollars ($2750) each; Justice of the Peace and Constable, Fifteen Hundred Dollars ($1500) each; provided, however, that in all counties containing a population of not less than twenty-nine thousand, five hundred (29,500), nor more than thirty thousand (30,000), according to the last preceding Federal Census, Constables shall be allowed to retain out of the fees collected by such officer the sum of Twenty-four Hundred Dollars ($2400) per annum."

Article 3891, Revised Civil Statutes of Texas, reads in part as follows:

"Each officer named in this Chapter shall first out of the current fees of his office pay or be paid the amount allowed him under the provisions of Article 3883, together with the salaries of his assistants and deputies, and authorized expenses under Article 3899, and the amount necessary to cover costs of premium on whatever surety bond may be required by law. If the current fees of such office collected in any year be more than the

amount needed to pay the amounts above speci-
fied, same shall be deemed excess fees, and
shall be disposed of in the manner hereinafter
provided.

"In counties containing as many as twenty-
five thousand and one-(25,001) and not more
than thirty-seven thousand, five hundred (37,500)
inhabitants, district and county officers named
herein shall retain one-third of such excess
fees until such one-third, together with the
amount specified in Article 3883, amounts to
Thirty-five Hundred Dollars ($3500). Precinct
officers shall retain one-third until such
one-third, together with the amount specified
in Article 3883, amounts to Eighteen Hundred
Dollars ($1800)."

Section 13 of Article 3912e reads in part as
follows:

"The Commissioners' Court in counties
having a population of twenty thousand (20,000)
inhabitants or more, and less than one hundred
and ninety thousand (190,000) inhabitants ac-
cording to the last preceding Federal Census,
is hereby authorized and it shall be its duty
to fix the salaries of all the following
named officers, to-wit: sheriff, assessor and
collector of taxes, county judge, county at-
torney, including original district attorneys
and county attorneys who perform the duties
of district attorneys, district clerk, county
clerk, treasurer, hide and animal inspector.
Each of said officers shall be paid in money
an annual salary in twelve (12) equal install-
ments of not less than the total sum earned
as compensation by him in his official capac-
ity for the fiscal year 1935, and not more
than the maximum amount allowed such officer
under laws existing on August 24, 1935; pro-
vided that in counties having a population
of twenty thousand (20,000) and less than
thirty-seven thousand five hundred (37,500)
according to the last preceding Federal Census
and having an assessed valuation in excess
of Fifteen Million ($15,000,000.00) Dollars,

Hon. A. L. Lowery, February 28, 1939, Page 4

according to the last approved preceding
tax roll of such county the maximum amount
allowed such officers as salaries may be
increased one (1%) per cent for each One
Million ($1,000,000.00) Dollars valuation
or fractional part thereof, in excess of
said Fifteen Million ($15,000,000.00) Dol-
lars valuation over and above the maxi-
mum amount allowed such officers under
laws existing on August 24, 1935;......"

Under the provisions of Articles 3883 and 3891,
supra, we believe that the maximum salaries allowed dis-
trict and county officers enumerated in Article 3883
in counties containing as many as 28,001 and not more
than 37,500 inhabitants is the sum of $3,500.00 each,
provided, such officers earn fees sufficient to pay such
amounts and that under Article 3912e, Sec. 13, supra,
the Commissioners' Court is authorized and it shall be
its duty to fix the salaries of such officers at a sum
not exceeding the maximum allowed by Articles 3883 and
3891 and not less the amount earned by such officers
for the year of 1935.

In view of the foregoing statutes, you are re-
spectfully advised that it is the opinion of this Depart-
ment that it is the duty of the Commissioners' Court to
fix the salaries of district and county officers enumer-
ated in Article 3883 at a sum not exceeding the maximum
allowed by Articles 3883 and 3891 and not less than the
amount earned by such officers for the year of 1935.

Trusting that the foregoing answers your in-
quiry, we remain

Very truly yours

ATTORNEY GENERAL OF TEXAS

By *Ardell Williams*

Ardell Williams
Assistant

AW:AW

APPROVED:

*Gerald C. Mann*
ATTORNEY GENERAL OF TEXAS